IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 07-0110

_____

| | | |
|---|---|---|
| IN RE REVISIONS TO THE | ) | |
| UNIFORM DISTRICT COURT RULES | ) | O R D E R |
| | ) | |

_____

Following submission to the Court of a comment letter from CompuLaw, "the Court Rules Company," and the Court's referral of that letter to the Uniform District Court Rules Commission, the Commission has recommended that changes be made to Uniform District Court Rule 2 for purposes of clarification. We approve the proposed minor changes.

THEREFORE,

IT IS ORDERED that subsections (a) and (e) of Uniform District Court Rule 2 are revised as follows. Subsections (a) and (e) are set forth below with new language underlined; language deleted is interlineated:

(a) Upon filing a motion or within five days thereafter, the moving party shall file a brief. The brief may be accompanied by appropriate supporting documents. Within ten days ~~thereafter~~ after service of the movant's brief, the ~~adverse~~ opposing party shall file an answer brief which also may be accompanied by appropriate supporting documents. Within ten days ~~thereafter~~ after service of the opposing party's answer brief, the movant may file a reply brief or other appropriate responsive documents.

.   .   .   .   .

(e) In the event of conflict, the Montana Rules of Civil Procedure shall control. Time computation shall be governed by Rule 6~~(a)~~, M. R. Civ. P.

The Clerk is directed to provide copies of this order to the State Law Library, all District Court Judges of the State of Montana, each member of the Uniform District Court Rules Commission, the State Bar of Montana, Thomson-Reuters, CompuLaw, and Lee Heiman at the Montana Legislative Services Division.

DATED this 19th day of July, 2011.

/S/ MIKE McGRATH
/S/ BETH BAKER
/S/ PATRICIA COTTER
/S/ MICHAEL E WHEAT
/S/ BRIAN MORRIS
/S/ JAMES C. NELSON
/S/ JIM RICE